## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**JACOB O'BRYANT and**
**MARK BRANDON BAKER,**
*Individually, and on behalf of themselves*
*and other similarly situated current and*
*former employees*,

       Plaintiffs,

**v.**                                                                 **Case No. 2:19-cv-02378-SHL-tmp**

**ABC PHONES OF NORTH CAROLINA, INC.,**      **FLSA COLLECTIVE ACTION**
**d/b/a VICTRA, f/d/b/a A Wireless,**
*a North Carolina Corporation,*                             **JURY DEMANDED**

       Defendant.

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 83.13, the parties notify the Court that they have reached a settlement. The parties are filing the settlement agreement and the motion to approve the settlement agreement contemporaneously with this Notice.

1

Dated: September 9, 2019                      Respectfully submitted,

                                            *s/J. Russ Bryant*
                                            Gordon E. Jackson (TN BPR #08323)
                                            J. Russ Bryant (TN BPR #33830)
                                            Robert E. Turner, IV (TN BPR #35364)
                                            Nathaniel A. Bishop (TN BPR #35944)
                                            **JACKSON, SHIELDS, YEISER & HOLT**
                                            Attorneys at Law
                                            262 German Oak Drive
                                            Memphis, Tennessee 38018
                                            Tel: (901) 754-8001
                                            Fax: (901) 759-1745
                                            *gjackson@jsyc.com*
                                            *rbryant@jsyc.com*
                                            *rturner@jsyc.com*
                                            *nbishop@jsyc.com*

                                            *Attorneys for the Named Plaintiffs, on behalf of themselves and all other similarly situated current and former employees*

## CERTIFICATE OF CONSULTATION

I certify that counsel for Plaintiffs conferred with counsel for Defendants by email regarding this Notice of Settlement, and Defendants have indicated that they will join this Notice.

                                        *s/J. Russ Bryant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system this the 9th day of September 2019.

                                        *s/J. Russ Bryant*